UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS ESPINOZA, YOHAN RODRIGUEZ, WILLIAM OCHOA, VICTOR LUGO ARIAS, STALIN SOLORANZO, SORNE POLANCO, OSIRIS CERDA, LUZ ALZATE, JUAN REYES, JOSE YUQUI, JOSE MONTERO, JESUS ALZAMORA, JESUS ALZAMORA, JR., GIANCARLOS VARGAS, ERNESTO GARCIA ZORRILA, EDWIN MENDEZ RAMIREZ, SIMON SANTANA-LOPZ, JUAN SANCHEZ, GERARDO MACIAS, and all those similarly situated,

                Plaintiffs,

-against-

NEW YORK INSULATION, INC., NEW YORK INSULATION, LLC, ANTHONY CARDINALE, in his individual capacity, ANTONIO MARCIAL, in his individual capacity, and CESAR BALSECA, in his individual capacity,

                Defendants.

22-CV-4715 (JGLC)

***CHEEKS* CONFERENCE ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      Counsel for all parties shall appear for a conference with the Court on **January 31, 2024 at 10:00 a.m.** via Microsoft Teams to discuss the terms of their proposed settlement agreement. *See* ECF No. 84; *see also Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties should be prepared to discuss all terms of the parties' agreement and the extent to which they are consistent with *Cheeks*. The Court intends to rule on the parties' motion at the conference.

Dated: January 18, 2024
       New York, New York

                              SO ORDERED.

                              *Jessica Clarke*
                              _____
                              JESSICA G. L. CLARKE
                              United States District Judge