UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS ESPINOZA, YOHAN RODRIGUEZ,
WILLIAM OCHOA, VICTOR LUGO ARIAS,
STALIN SOLORANZO, SORNE POLANCO,
OSIRIS CERDA, LUZ ALZATE, JUAN REYES,
JOSE YUQUI, JOSE MONTERO, JESUS
ALZAMORA, JESUS ALZAMORA, JR.,
GIANCARLOS VARGAS, ERNESTO GARCIA
ZORRILA, EDWIN MENDEZ RAMIREZ, SIMON
SANTANA-LOPZ, JUAN SANCHEZ, GERARDO
MACIAS, and all those similarly situated,

                    Plaintiffs,

          -against-

NEW YORK INSULATION, INC., NEW YORK
INSULATION, LLC, ANTHONY CARDINALE, in
his individual capacity, ANTONIO MARCIAL, in
his individual capacity, and CESAR BALSECA, in
his individual capacity,

                    Defendants.

22-CV-4715 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The *Cheeks* conference scheduled for January 31, 2024 is hereby ADJOURNED to

**February 7, 2024 at 10:00 a.m.** via Microsoft Teams.

Dated: January 29, 2024
      New York, New York

                                      SO ORDERED.

                                       JESSICA G. L. CLARKE
                                       United States District Judge