**REDMOND LAW** PLLC

Zachary Kiel, Esq.
Direct Dial: 212.799.8989 (ext. 20)
zkiel@redmondpllc.com

March 20, 2024

**FOR SETTLEMENT PURPOSES ONLY**

**VIA ECF**

Hon. Jessica G. L. Clarke, US District Judge
U.S. District Court, Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: Espinoza et al v. New York Insulation, Inc. et al - 1:22-cv-04715-JGLC

Dear Hon. Justice Clarke:

We represent New York Insulation, Inc. ("NYI"), New York Insulation, LLC ("NYI LLC"), Anthony Cardinale, Antonio Marcial, and Cesar Balseca (defendants NYI, NYI LLC, Anthony Cardinale, Antonio Marcial, and Cesar Balseca, collectively referred to as "Defendants") in the above referenced matter. Please allow this joint correspondence to serve as request pursuant to the Settlement Agreement, which was approved by the Court on February 8, 2024. [DK # 88] [DK #89].

Pursuant to the terms of the Settlement Agreement, payment of the Settlement Sum of $100,000.00 is conditioned upon receipt of signed Final Waivers and Release by all Plaintiffs. At this time, all Defendants executed the Settlement Agreement. Additionally, all Plaintiffs executed the Settlement Agreement and provided Final Waivers and Releases, except Gerardo Macias and Juan Reyes. Plaintiffs' counsel has informed Defendants that Gerardo Macias is out of the country and will be back to sign the documents in May 2024. Additionally, Plaintiffs' counsel is unable to get in contact with Juan Reyes. Gerardo Macias is entitled to $2,000.00 and Juan Reyes is entitled to $1,000.00 pursuant to the Settlement Agreement.

Therefore, the Parties propose and request that this Court grant permission for NYI to make payment of the Settlement Sum, less the amount owed to Gerardo Macias and Juan Reyes for a total payment of $97,000.00. Once Plaintiffs' counsel secures the signed Settlement Agreement and Final Waivers and Releases from Gerardo Macias and Juan Reyes, NYI will release the remaining $3,000.00.

Accordingly, the Parties respectfully request judicial approval of the Parties' proposal above.

Respectfully submitted,

/s/ John C. Luke, Jr., Esq.

John C. Luke, Jr., Esq.
Slater, Slater Schulman, LLP
*Attorneys for Plaintiffs*
445 Broad Hollow Rd., Ste. 419
Melville, NY 11747
jluke@sssfirm.com

Zachary Kiel, Esq.
Redmond Law PLLC
*Attorneys for Defendants*
80 Broad Street, Suite 1202
New York, NY 10004
zkiel@redmondpllc.com